Writ denied. When filed the application was premature.

267 So.2d 730

**James H. ANDERSON**

**v.**

**William J. GUSTE, Jr., Attorney General of Louisiana.**

**No. 52922.**

Oct. 31, 1972.

Writ denied: The trial court correctly ruled that this civil proceeding is moot.

267 So.2d 730

**John G. DISCON et al.**

**v.**

**SARAY, INC. et al.**

**No. 52923.**

Oct. 31, 1972.

Applicant must exhaust his remedies in the court of appeal before applying to this court.

267 So.2d 730

**STATE of Louisiana ex rel. James FRYE**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 52921.**

Oct. 31, 1972.

Writ denied. The evidentiary hearing transcript establishes that the plea was knowing and voluntary. This is a pre-Boykin plea.